# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

SIMEON J. BRIGGS,
    Plaintiff,

v.  CA. No. 18-563-JJM-PAS

DAVID J. EBBERT, et al.
    Defendants.

## **JUDGMENT**

This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged and decreed as follows:

Pursuant to this Court's Order entered on November 15, 2018, the judgment is hereby entered dismissing the Plaintiff's Petition for Writ of Habeas Corpus (ECF No. 1) in accordance with Fed. R. Civ. P. 58.

It is so ordered.

November 15, 2018  By the Court:

/s/ Hanorah Tyer-Witek.
Clerk of Court